**So Ordered.**



*Frederick P. Corbit*
**Frederick P. Corbit**
**Bankruptcy Judge**

**Dated: January 22nd, 2014**

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**DUANE MICHAEL AND DONNA JANE BYRD, D/B/A KFC OF COEUR D'ALENE, INC.,**<br><br>Debtors. | No.: **13-01081-FPC11**<br><br>Chapter **11**<br><br>**FINDINGS OF FACT** |

**THIS MATTER** coming before the Court for hearing on December 19, 2013, upon the issues raised by Debtors' request for confirmation of Debtors' First Amended Plan of Reorganization, filed herein on August 26, 2013, under docket number 133, with attached Exhibit 1 filed on August 28, 2013, under docket number 136 (the "Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. The Debtors' Plan was submitted to Creditors and other parties in interest;

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtors, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-01081-FPC11    Doc 216    Filed 01/22/14    Entered 01/22/14 15:19:56    Pg 2 of 5

7. Pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtors have paid all installments provided by this Plan to be paid within that time;

8. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been withdrawn, resolved or overruled; and

9. It is proper that the Plan be confirmed, subject to the following:

    a. Notwithstanding any provision of the Plan to the contrary, the treatment of the claims of Class 9 members on page 14, lines 1 – 17 is hereby replaced with the following: the claims of Class 9 members (collectively "Class 9"), including the claims asserted under proof of claim number 14, secured against the Commercial Property (Plan, Art. 1, def. # 9), Debtors' Business, and any and all collateral securing the claims of Class 9 (Plan, Art. 1, def. #14) are hereby fixed in the total sum of $800,000.00, with interest accruing at a rate of 7.35% per annum, payable at $5,943.48 per month for sixty (60) months (the "Secured Claim of Class 9 against Debtors"), with the first payment due on the first day of the first month following the Effective Date (Plan, Art. 1, def. #19), and each subsequent payment due on the first day of the month thereafter, at which time the remaining principal will become due as a balloon payment on the Secured Claim of Class 9 against Debtors in full satisfaction of the secured portion of the Secured Claim of Class 9 against Debtors. The remaining claims of Class 9 shall hold no collateral and shall be treated and paid as a Class 16 (Unsecured) Claim. Debtors may pay Class 9, its successors, or assigns, any remaining balance on the Secured Claim of Class 9 against Debtors in full at any time, less any amounts previously paid by Debtors to Class 9 on the Secured

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-01081-FPC11   Doc 216   Filed 01/22/14   Entered 01/22/14 15:19:56   Pg 3 of 5

Claim of Class 9 against Debtors, its successors, or assigns, without penalty or interest.

      b.    KFC of Coeur d' Alene, Inc. and Class 9 have agreed to settle the Claims of Class 9 against Debtors and KFC of Coeur d' Alene, Inc. and the loan to KFC of Coeur d' Alene, Inc. by Class 9, guaranteed by Debtors including the claims set forth in proof of claim number 13, pursuant to a Settlement Agreement, which provides in part, that KFC of Coeur d' Alene, Inc. will pay the total sum of $22,500.00 in monthly installments of $625.00 over thirty six (36) months, with no interest (the "Settlement Amount"), with the first payment due on the first day of the first month following the Effective Date (Plan, Art. 1, def. #19). In addition, the Settlement Agreement provides that Class 9 does not release KFC of Coeur d' Alene, Inc. until the full Settlement Amount is paid, and upon the full payment of the Settlement Amount by KFC of Coeur d' Alene, Inc., Class 9 releases its lien on any and all property owned by KFC of Coeur d' Alene, Inc. and Class 9 forgives the remaining debt owed to Class 9 by KFC of Coeur d' Alene, Inc. (the "Remaining Debt"); provided however, that the Remaining Debt that was guaranteed by Debtors, shall be treated and paid as a Class 16 (Unsecured) Claim. Any payments made by KFC of Coeur d' Alene, Inc. to Class 9 shall reduce its Class 16 (Unsecured) Claim. KFC of Coeur d' Alene, Inc. may pay Class 9, its successors, or assigns, any remaining balance on the Settlement Amount in full at any time, less any amounts previously paid by KFC of Coeur d' Alene, Inc. to Class 9 on the Settlement Amount, its successors, or assigns, without penalty or interest.

Findings of Fact-4

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-01081-FPC11   Doc 216   Filed 01/22/14   Entered 01/22/14 15:19:56   Pg 4 of 5

c. Except as expressly modified by the Plan or this Confirmation Order, all terms and conditions of all agreements by and between Debtors and Class 9 shall remain in full force and effect.

d. Notwithstanding any provision of the Plan to the contrary, Debtors shall pay Disbursing Agent the sum of One Thousand One Hundred Dollars ($1,100.00) per month for a period of sixty (60) months, or such additional time period until the Allowed Claims of classes numbered 1 (admin) and 3 (IRS and State of Idaho) are paid in full, if the proceeds of sale from the property to be sold under the Plan is insufficient to satisfy in full the Allowed Claims of classes 1 (admin) and 3 (IRS and State of Idaho). The first payment shall be due within thirty (30) days of Confirmation.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ Kevin O'Rourke_____
    KEVIN O'ROURKE, WSBA #28912
    Attorneys for Debtors

APPROVED AS TO FORM AND CONTENT
NOTICE OF PRESENTMENT WAIVED

LUKINS & ANNIS, P.S.

BY: s/ Jed Morris_____
    JED MORRIS, WSBA #13832
    Attorneys for Class 9

Findings of Fact-5

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-01081-FPC11    Doc 216    Filed 01/22/14    Entered 01/22/14 15:19:56    Pg 5 of 5